NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ASHENDORF & ASSOCIATES LTD., MICHAEL FREEDMAN, and JAYHUN REZAYEV,<br><br>Plaintiffs,<br><br>v.<br><br>SMI-HYUNDAI CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. CV 11-2398 ODW (PLAx)<br><br>Hon. Otis D. Wright II<br><br>**ORDER REGARDING HEARING ON ORDER TO SHOW CAUSE WHY SUBPOENAED NON-PARTIES SHOULD NOT BE HELD IN CONTEMPT FOR FAILING TO COMPLY WITH SUBPOENAS *DUCES TECUM*** |

# **ORDER**

On May 10, 2011 at 11:00 a.m., Lubix Corporation ("Lubix") and SMI-Hyundai Global Technologies, Inc. ("SMI-Global") were to appear before this Court at its Courthouse, located at 312 N. Spring Street, Los Angeles, CA 90012 in Courtroom 11, to show cause why they should not be held in contempt for failing to produce documents responsive to Plaintiffs' subpoenas *duces tecum*.

Lubix and SMI-Global failed to appear at the hearing.

IT IS HEREBY ORDERED that Lubix and SMI-Global are in contempt of Court for failure without adequate excuse to obey the subpoenas. IT IS FURTHER ORDERED that Lubix's and SMI-Global's objections to the subpoenas are waived and they shall produce all responsive documents within their possession, custody or control at the offices of Mayer Brown LLP, 350 South Grand Ave., 25th Floor, Los Angeles, California 90071 no later than May 20, 2011 at 1:00 p.m. IT IS FURTHER ORDERED that upon their application, Plaintiffs will be awarded their attorneys' fees and costs in connection with bringing this enforcement action.

**IT IS SO ORDERED.**

DATED: May 12, 2011

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE